# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 19, 2017

## NO.  03-17-00094-CV

**Affordable Life Plans, LLC, Appellant**

**v.**

**Dell Financial Services, LLC, Appellee**

**APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND GOODWIN
DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on November 15, 2016.  The parties have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted.  Therefore, the Court grants the motion and dismisses the appeal.  Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.